Rodrigo Benito Aguilar (T635932)
Lower Buckeye Jail
3250 W. Lower Buckeye Rd
Phoenix, Arizona 85009

FILED ___ LODGED
Filed 01/05/22
___ RECEIVED ___ COPY

JAN 18 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Rodrigo Benito Aguilar          N.
        Plaintiff               CV-21-02214-PHX-DWL--MTM
   V.                           :Motion:
Knueppel et al.,                NOTICE OF REQUEST FOR A COUNSEL
        Defendants              PRO-BONO

To:
   The Honorable Judge Dominic W. Lanza

On January 05, 2022, Plaintiff is requesting for a Pro-Bono of a Counsel, I would very appreciate if the DISTRICT OF ARIZONA can grant me a Pro-Bono to appiont me as for Counsel on my behalf. So I can be able to have the ability to file the proper Motions, also the right forms which I will need to file the right case laws and ect. Also be able to title the proper documents, that will need to be file in a timely manner, of the Court Procedures to the interest of all parties. Which with in my history it will show my records of documents from one District called Crayton of Educational, off of 28th

1  street on Camelback east of central
2  Phoenix. It will be able to give the
3  DISTRICT OF ARIZONA the ability to go
4  through my records and files of wrong
5  certificate of diploma. The following
6  will self-explain the conditions of my
7  Functional Literacy.
8  1) In the District of Crayton will show I
9  was in rolled as a special-Ed at the age
10 of 5, which they kept me and remain in
11 special-Ed in tell the District put me in
12 a regular class with students, in the 6th
13 grade at the end of the semester only a
14 week to go on summer vacation. My
15 grades where Fs for the record.
16 2) While the beganing of the nexts semester
17 I was in rolled by the District of
18 Crayton to be put in Middle school back
19 to a special-Ed classroom with others
20 that couldn't understand or read or any
21 other subjects of the grade of Education.
22 With in my education with the District
23 of Crayton I was absence through
24 out the middle school of being
25 incarcerated in the Juvenile
26 Correction of Department of Adobe
27 Mountain prison system. Which I
28 remain there, my mother Christina

1  Aguilar recieved a certficate documatation
2  showing a diploma for a 8th grader.
3  After my release date from the
4  junvenile penitentiary. I recieved
5  document of inrolledment from Crayton
6  District to go too High School. from
7  last years semester my grade levels where
8  Fs.
9  I still was in Special-Ed in High
10 School for a couple of weeks and
11 then I was arrested.
12 3) Then I was transefer to the
13 adult system at the age of around
14 16 year old to Maricopa County
15 Jail Madison.
16 I will appreciate if the DISTRICT
17 COURT OF ARIZONA can help me out
18 and will be abe to take this in to
19 consideration with in my behalf of
20 defense to please grant me a
21 counsel of a PRO-BONO.
22 On ground that with in my ability
23 to acknowledge such things as time
24 constraints, and some of the more
25 rudimentary facts of understanding
26 is limited. I have had to ask for help
27 in filling out the civil complaint and
28 now this notice for a Motion of a

counsel for Pro-Bono.
I related what in general I wanted to say, but I had a fellow Inmate friend to write the documents in proper formatt.
As of nexts week he will be sent to the Correctional Department of Arizona prison system.

Once gain thank you for your time and patience.
   This notice of a motion to please request a counsel of a Pro-Bono.

DATED This 5th day of January, 2022

*Rodrigo Benito Aguilar*

Rodrigo Benito Aguilar
Plaintiff, Pro-se

May a copy be served.

Honorable Judge: Dominic W. Lanza.

Alexander J. Lindvall (#034745)
Attorney for the Defendant's

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## **CERTIFICATION**

I hereby certify that on this date      **January 13, 2022**

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____      **B4627**
Legal Support Specialist Signature     S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009